May 1, 2011                              **PRO SE**



United States District Court
District of Utah
350 South Main Street, Room 150
Salt Lake City, Utah 84101

**Re: Petition concerning United States v. Jeffery Lane Mowen,
Case #2:09CR00098DB**

To: Charlie Christensen
    U. S Department of Justice
    United States Attorney
    District of Utah

I rented a home that I own (12547 Ross Creek Dr., Deer Mountain, Utah 84036) to a Mr. Andrew Sugar who was employed by a person of, "wealthy interest," in the year 2009. Mr. Sugar and I agreed that he would pay six months in advance for the rental if I would not accept an application for the rental. The rental terms were for $2,500 per month plus a $1,000 deposit for a cleaning deposit and an agreement for a month to month if the rental was extended beyond the six months. The rental was expected to be extended. The check for the six months rent was given to me absent the cleaning deposit. After several requests the cleaning deposit has never been paid. Mr. Sugar was a serious test to reach.

Mr. Sugar vacated the property with three months rent due. It was difficult to reach Mr. Sugar and it was virtually impossible to reach him after the first month's extended rent was due. When the first extended month's rent was overdue he indicated he was in Florida and would pay the rent soonest. This did not happen.

It was also a dilemma for me to decide what to do as the four-car-garage and the four-car-protected exterior driveway had 8 cars of considerable value parked there. Included were motorcycles and other auto parts. After two plus months the cars disappeared along with the motor cycles with the exception of a now newly auto (a 2003 Subaru Baja) which was left in the middle of the driveway. Somewhere in the middle of all this I was told the Subaru would pay for the past due rent. My phone records would probably help us with exact dates.

After considerable time, with the need to rerent the address I asked the local sheriff's department to investigate the owner of the Subaru. My attempt to locate the Florida addressed owner was futile. Here again a problem for myself. It was now snowing heavy and the driveway was impossible to plow or prepare for a new tenant. At one point the Subaru was totally covered and invisible because of the very deep snows with gusting canyon winds we get in Deer Mountain.

I again reported my circumstances to the local sheriff's department. After advice from them I made a decision to have the Subaru moved to my personal home two car garage. The sheriff's department was well informed of my decision.

In the mean time I one day received a lengthy paged court action report of a $30,000,000 law suit and that we (my wife and I) were involved. This came as a threat from the two men who handed me the paperwork. After investigating the paperwork I discovered we were not named nor should we be. It appeared the individuals handing me the paperwork were there only to scare and threaten me in an effort to find a Mr. Sugar. I knew not where Mr. Sugar was to be located. Because of the paperwork and from the men who approached me, I also learned that Mr. Sugar was employed by a Mr. Jeffrey Mowen.

Additionally after storing the Subaru in my garage a US Marshal showed up at our door demanding the auto and information of the whereabouts of Mr. Sugar. The US Marshal obtained the location of the Subaru from my previous reporting to the local sheriff's department. This was frightening to my wife and me as we have never had a situation of this nature in our lives.

With the cleaning deposit of $1,000 never paid, and the cost of cleaning the property (approximately $3,000), and the 4 months unpaid rent the amount due us is approximately $14,000. This does not include the stress and loss of sleep for a considerable length of time which is worth an amount to my wife and me.

This partition notice is pursuant to 18 U.S.C. 981 (a)(1)(c) and 28 U.S.C. 2461 and Rule 32.2(b)(1), Federal Rules of Criminal Procedure as indicated in the documents filed in United States District Court, District of Utah April 15, 2011. D. Mark Jones, Clerk.

We await your reply,

Respectfully,

Keith R. Damon, Barbara Damon
12595 Deer Mountain Blvd.
Deer Mountain, Utah 84036

CC; Cy H. Castle
Assistant United States Attorney
185 So. State Street #300
Salt Lake City, Utah 84111-1506