IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

FILED
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | § | 2017 JUN 19 P 12: 31 |
| --- | --- | --- |
| | § | DISTRICT OF UTAH |
| V. | § | Case No. 2:09-CR-00098-DB |
| | § | BY: _____ |
| | § | DEPUTY CLERK |
| JEFFREY L. MOWEN, | § | |
| Defendant. | § | |

AFFIDAVIT IN SUPPORT OF:
NOTIFICATION / COMPLAINT; PERJURY / FALSE STATEMENTS (etc.)
re: 18 U.S.C. §4 - 'Misprision Of Felony'
re: [CACA] STEPHEN R. McCAUGHEY

TO THE HONORABLE DEE BENSON - DISTRICT COURT 'CHIEF JUDGE':

I AM; JEFFREY LANE MOWEN, as Affiant, as Pro Se Defendant, do appear, state and depose that the following; AFFIDAVIT IN SUPPORT OF: NOTIFICATION / COMPLAINT; PERJURY / FALSE STATEMENTS (etc.) 18 U.S.C. §4 - 'Misprision Of Felony', from me is true and correct by belief, personal knowledge, recollection and information.

I AM; JEFFREY LANE MOWEN, as Affiant, as Pro Se Defendant, do appear, from the soil/land on the country at Large, Fremont County, Colorado [in accord with Norton v. Shelby County, 118 US 425 (1886)]

1. It is well documented that; Mr. Thomas R. Fry proffered [verbal/written] a statement(s) [5 meetings; 11.08 - 2.09 with the D.O.J inclusively] as 'FACT' [under Penalty of PERJURY] that I, JEFFREY LANE MOWEN was the perpetrator of a [unregistered S.E.C filing] 'Private Placement Memorandum' [PPM] (wrongly) to the D.O.J inciting them to issue a SEALED Indictment [2.09] in relation to this now demonstrably [Thomas R. Fry] 'Illicit / Illegal Investment' scheme that included Interstate 'Wire(s)' directly to HIM from HIS Investor / Victims.

5.22.17

2. I, JEFFREY LANE MOWEN, after exceptional 'Due Dilligence' unto 'ad nauseam', literally spanning since the signing of the [now in 'Breach'] Plea Agreement until the 'NOTIFICATION' date supra, I 'recently discovered' (JUST as I expected) FACTUAL Evidence proving / demonstrating felonious crime(s) committed by Mr. Thomas R. Fry [D.O.J Proffered Witness] as I was investigating 'recently provided' exculpatory evidence in relation to the D.O.J's (erroneous) allegations and (factitious) charges leveled against me.

3. I, JEFFREY LANE MOWEN did provide a NOTIFICATION / COMPLAINT; Crime of PERJURY pursuant to 18 U.S.C §4 - 'Misprision Of Felony' to the Honorable Dee Benson - District Court 'Chief Judge' via written documentation dated May 22, 2017  // Certified Receipt dated 5.22.17 [7016 0910 0000 0294 6861]

4. I, JEFFREY LANE MOWEN did provide numerous Damning [T.Fry] / Esculpatory [me] Evidence / Exhibits in relation to item #2 supra.

5. I, JEFFREY LANE MOWEN - I AM NOW providing this Affidavit in support of the NOTIFICATION enumerated in item #3 supra specifically in relation to;
A] Exhibits A-D as avered in any all previously provided NOTIFICATIONS,
B] Recitals #14 - 16 contained within NOTIFICATION (pgs. 6 - 7)
C] Items A] - D] contained with NOTIFICATION (pgs. 8 - 9 )

6. I, JEFFREY LANE MOWEN, when called to testify in relation to this Affidavit; I will affirm the same 'Under Oath'.

EXECUTED this 22nd day of May , 2017

_____
Mr. Jeffrey L. Mowen - Pro Se Defendant

## CERTIFICATE OF MAILING

I, JEFFREY LANE MOWEN declare pursuant to the provisions of Title 28 U.S.C § 1746 that I have on the date as cited below provided a true and correct copy of the following;

**NOTIFICATION / CRIMINAL COMPLAINT; Crime of; PERJURY / AFFIRMATIVE MISCONDUCT (etc.) - Pursuant to 18 U.S.C §4 - Misprision of Felony re: McCaughey**

Notification / Complaint; Crime(s) of -- Perjury / False Statements / Affirmative Misconduct In ref; Court Appointed Counsel / Attorney McCaughey (pgs. 11) Pursuant to 18 U.S.C §4 - 'Misprision of Felony' to Honorable Judge Dee Benson

**AFFIDAVIT IN SUPPORT OF: NOTIFICATION / COMPLAINT; Crime of PERJURY / AFFIRMATIVE MISCONDUCT pursuant to 18 U.S.C §4 - 'Misprision of Felony' re: McCaughey**

And, I did send the aforementioned to the following parties by;
A] Placing the same in U.S. Postal Service first class postage affixed,
B] In the hands/care of the FCI Florence mailroom officer / staff,
C] Pursuant to the "Lock-Box" Rule held in Houston v. Lack, (1988)487 US 266,
D] And/or, pursuant to Fed.R.Cr.P.45; "The Notice of Electronic Filing (NEF) generated by CM/ECF constitutes a 'certificate of service'. Registration with the court's CM/ECF system shall constitute consent to 'electronic service' of all documents in accordance with the Federal Rules of Criminal Procedure."

1)   **Honorable Judge Dee Benson**
     United States District Court - District of Utah
     351 South West Temple, Salt Lake City, Utah   84101

Respectfully submitted on this 22nd day of May, 2017

/s/ _Jeffrey L. Mowen_
Mr. Jeffrey L. Mowen
PRO SE DEFENDANT / REPRESENTATION
FCI Florence - FBOP
P.O. Box 6000
Florence, Colorado   81226